IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY MARVIN SANTOS,

    Plaintiff,                     No. CIV S-03-2525 GEB KJM P

    vs.

SHASTA COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants.                 <u>ORDER</u>

_____/

        In light of the pending motion for summary judgment, the dates for pretrial conference and trial, set in the scheduling order of November 18, 2004 are hereby vacated, to be reset if necessary after resolution of the dispositive motion.

        IT IS SO ORDERED.

DATED: October 3, 2005.

                                                      UNITED STATES MAGISTRATE JUDGE

2 sant2525.vac

1