IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY MARVIN SANTOS,

    Plaintiff,                      No. CIV S-03-2525 GEB KJM P

    vs.

SHASTA COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants.                ORDER
_____/

This matter is hereby set for trial on April 22, 2008 at 9:00 am. before the Honorable Garland E. Burrell.

The parties have submitted pretrial statements. If any party wishes to submit an amended or updated pretrial statement, they should do so within fifteen days of the date of this order. Pretrial conference, on the pleadings only, will be held on March 19, 2008.

IT IS SO ORDERED.

DATED: February 29, 2008.

_____
U.S. MAGISTRATE JUDGE

2

sant2525.sch

1