IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY MARVIN SANTOS,

       Plaintiff,                  No. CIV S-03-2525 GEB KJM P

    vs.

SHASTA COUNTY SHERIFF'S DEPARTMENT, et al.

       Defendants.           ORDER

/

       This matter is currently set for trial on April 22, 2008 at 9:00 a.m. In their updated pretrial statement, defendants have asked that the matter be stayed pending resolution of plaintiff's underlying criminal case, because the Fourth Amendment issues raised in this action have also been raised in the criminal case.

       GOOD CAUSE APPEARING:

       1. The trial date of April 22, 2008 is hereby vacated;

       2. The case is stayed pending resolution of plaintiff's underlying criminal case;

       3. Within thirty days of the date of this order, defendants shall file a status report on the progress of the underlying criminal case;

       4. If that case is not resolved by then, defendants shall file status reports on sixty days intervals; and

1

1    5. Within thirty days of the final resolution of the underlying criminal case, defendants shall file a motion to lift the stay in connection with a renewed motion for summary judgment if appropriate.

Dated: March 31, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

sant2525.stay