UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MARVIN SANTOS, | 2:03-CV-02525-GEB-KJM |
| Plaintiff, | |
| v. | ORDER |
| SHASTA COUNTY SHERIFF DEPT; JIM POPE; McQUILLAN; SHASTA COUNTY BOARD OF SUPERVISORS; KENT, | |
| Defendants. | |

It has come to my attention that the stay Defendants successfully had me lift in this action was lifted prematurely. Therefore, the Order lifting the stay, which was filed as docket number 64 on October 8, 2008, is withdrawn.

IT IS SO ORDERED.

Dated: October 8, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

1