**GARY BRICKWOOD, State Bar No. 94892**
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA 96001
(530) 245-1877
(530) 245-1879 (fax)

Attorneys for Defendants
DEPUTY CHRIS MCQUILLAN and
DEPUTY DAVE KENT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MARVIN SANTOS, | Case No. CIV.S-03-2525 GEB KJM-P |
| Plaintiff, | **ORDER** |
| vs. | The Honorable Garland E. Burrell |
| SHASTA COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SHASTA, DEPUTY MCQUILLAN | |
| Defendants. | |

This matter was stayed by Order of this Court dated April 22, 2008, pending resolution of plaintiff's underlying criminal appeal.

The Court has reviewed the Motion to Lift the Stay filed by defendants, and it appears that the criminal appeal is now final and has been resolved against plaintiff Santos.

THEREFORE, IT IS HEREBY ORDERED that the stay is lifted, defendants shall file any renewed Motion for Summary Judgment within 60 days of the date of this Order.

Dated: January 8, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

**ORDER** 1

**PROOF OF SERVICE**

I am a citizen of the United States, over the age of 18 years, and not a party to the within action. I am employed in Shasta County, California, by BRICKWOOD LAW OFFICE, at their offices located at 1135 Pine Street, Suite 210, Redding, California, 96001. On this date, I served the following document(s): **ORDER**

√   by placing a true copy thereof for collection and mailing, in the course of ordinary business practice, with other correspondence of Brickwood Law Office at 1135 Pine Street, Suite 210, Redding, Shasta County, California, enclosed in a sealed envelope with postage thereon fully prepaid, addressed as set forth below. I am familiar with the practice of Brickwood Law Office for collection and processing of correspondence for mailing with the United States Postal Service. It is the practice that correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

_____ by placing a true copy thereof in a box or other facility regularly maintained by _____ U.P.S. / _____ Federal Express, in a sealed envelope or package designated by _____ U.P.S. / _____ Federal Express, with delivery fees paid or provided for, addressed as set forth below.

_____ by personally delivering a true copy thereof to the person and at the address set forth below.

_____ BY FAX (Telecopier) - I personally sent to the addressee's telecopier number a true copy of the above described document(s). I verified transmission and, thereafter, I placed a true copy in a sealed envelope addressed and mailed as indicated above.

Timothy Marvin Santos
F-68128
CSATF/SP
Facility C-4-129
P.O. Box 5244
Corcoran, CA 93212

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed at Redding, California on December 2, 2008.

/s/ Deena Swafford
Deena Swafford

**ORDER**                                                                 **2**