IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY MARVIN SANTOS,

      Plaintiff,                    No. CIV S-03-2525 GEB KJM P

     vs.

SHASTA COUNTY SHERIFF'S DEPARTMENT, et al.,

      Defendants.            <u>ORDER</u>

          Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983, alleging that the defendants violated his Fourth Amendment rights during a traffic stop of his truck. Defendants have filed a motion for summary judgment, arguing in part that plaintiff is estopped from pursuing this claim by the resolution of plaintiff's motion to suppress evidence litigated in the state criminal case against him.

          Although plaintiff sought and received an extension of time in which to file his opposition to the motion for summary judgment, he has not opposed the motion. He has, however, filed a motion to stay the proceedings pending resolution of a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Defendants have opposed the motion, arguing that

/////

1

plaintiff has not filed a federal habeas petition in the approximately six months since the California Supreme Court denied the petition for review in his case.  There is no record that such a writ has been filed in this court's PACER filing system.  The court will not stay the proceedings further based on plaintiff's mere suggestion that he will file a federal habeas petition.

IT IS THEREFORE ORDERED that:

1. Plaintiff's motion for a stay (docket no. 79) is denied;

2. Plaintiff is given an additional thirty days from the date of this order in which to file his opposition to the motion for summary judgment.  No further extensions will be granted.  Failure to comply with this order will result in a recommendation that the action be dismissed for failure to prosecute; and

3. Defendants' reply, if any, is due fifteen days after the opposition is filed.

DATED: June 24, 2009.

_____
U.S. MAGISTRATE JUDGE

sant2525.sty